**PROOF OF SERVICE** CR 00-29(1) PAM

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; my business address is: California Public Employees' Retirement System, Lincoln Plaza, 400 "P" Street, Sacramento, CA 95814 (P.O. Box 942707, Sacramento, CA 94229-2707).

On July 7, 2005, I served the foregoing document described as:

ANSWER OF THE GARNISHEE (NON-EARNINGS) – United States of America, Plaintiff v. Merna Jean Sunde, Defendant, and California Public Employees' Retirement System, Garnishee, No. 00-29(1) PAM

on interested parties in this action by placing ___ the original XX a true copy thereof enclosed in sealed envelopes addressed as follows:

Counsel for the United States at:
United States Attorney's Office
Att: Financial Litigation Unit
600 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

Merna Sunde
414 Crescent Drive
Albert Lea, MN 56007
Via Certified Mail

[ xx ] BY MAIL -- As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

Executed on July 7, 2005, at Sacramento, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Nancy Twomey
(Type or Print Name)

Nancy Twomey
(Signature)