RECEIVED
BY MAIL
AUG 01 2005
CLERK US DIST COURT
MINNEAPOLIS MN

July 20, 2005

Clerk of Court
United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:Objection to the Answer of Garnishee. CR 00-29 (1) PAM

Gentlemen:

I object to the garnishee's response because the property the State of California is holding is my psychiatric disability pension fund, payable to me in monthly installments, and is exempt because the court order of 8-14-2001 said NO PROPERTY can be taken to satisfy the restitution. The court also ordered payments of not less than $100.00 per month to be made over a period of three years commencing 30 days after release from confinement, which I have complied with. This garnishment is a violation of that court order.

Also, my attorney Paul Applebaum told me the prosecution had agreed that if I signed the plea agreement they would not attach my disability pension money, that they would accept the payment plan ordered by the court as stated above.

Without my pension money I cannot pay for my many medications and other costs of my court ordered psychiatric treatment, and still cover the cost of my minimum needs of food, clothing and shelter, all basic human rights that would be denied by this garnishment, and without which my life would be endangered.

Rev. Merna J. Sunde-Martin, DD, DRS
Rev. Merna J. Sunde-Martin, DD,DRS

cc: United States Attorney
Financial Litigation Unit

California Public Employees Retirement System
Garnishee

SCANNED
AUG - 1 2005
U.S. DISTRICT COURT MPLS