CR 00-29(1) PAM

RECEIVED
BY MAIL
AUG 01 2005
CLERK US DIST COURT
MINNEAPOLIS MN

CLAIM FOR EXEMPTIONS
PURSUANT TO 18 U.S.C. §3613

I claim the exemption(s) checked below:

✓ 1. Wearing apparel and school books. 26 U.S.C. §6334(a)(1).

✓ 2. Fuel provisions, furniture, and personal effects up to $1,650. 26 U.S.C. §6334(a)(2).

✓ 3. Books and tools of a trade, business or profession up to $1,100. 26 U.S.C. §6334(a)(3).

_____ 4. Unemployment benefits. 26 U.S.C. §6334(a)(4).

✓ 5. Undelivered mail. 26 U.S.C. §6334(a)(5).

✓ 6. Certain annuity and pension payments. 26 U.S.C. §6334(a)(6).
Exempt property per court order of 8-14-2001

_____ 7. Workmen's compensation. 26 U.S.C. §6334(a)(7).

_____ 8. Judgments for support of minor children. 26 §6334(a)(8).

_____ 9. Certain service-connected disability payments. 26 §6334(a)(10).

_____ 10. Assistance under Job Training Partnership Act. 26 U.S.C. §6334(a)(12).

Exemptions listed above may not be applicable in child support and alimony cases (42 U.S.C. § 659).

I declare under penalty of perjury that the foregoing claim for exemption is true and correct. Executed on July 20, 2005.

Signature Rev. Merna J. Sunde-Martin, DD, DRS

Printed Name Rev. Merna J. Sunde-Martin, DD,DRS

(✓) Judgment Debtor

( ) __________ of Judgment Debtor Organization
(Title)

SCANNED
AUG - 1 2005
U.S. DISTRICT COURT MPLS