RECEIVED
BY MAIL
AUG 01 2005
CLERK US DIST COURT
MINNEAPOLIS MN

July 20,2005

Clerk of Court
United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, MN 55415

CR 00-29(1) PAM

Gentlemen:

This letter is a formal request to the court to appoint counsel to represent me at the hearing to determine the exemption of my psychiatric disability pension.

Due to my mental disability I do not feel I can represent myself properly, and because of my financial condition I cannot afford private counsel.

I am making the court ordered payments and the income I am reporting each month is accurate. I have no other money.

Thank you for your consideration.

Rev. Merna J. Sunde-Martin, DD, DRS

Rev. Merna J. Sunde-Martin, DD,DRS
P.O. Box 728
Albert Lea, MN 56007

cc: Judge Paul Magnuson
U.S. District Court

SCANNED
AUG - 1 2005
U.S. DISTRICT COURT MPLS