# CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 00-29(1) PAM |
| v. | ) | |
| | ) | |
| MERNA J. SUNDE, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on _August 4, 2005__, I served, or caused to be served, the following documents:

Government's Response to Request
for Appointment of Counsel

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Merna J. Sunde
XXXX
Albert Lea, MN 56007

_s/Jessica Scott___________