UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America, Crim. No. 00-0029(1) (PAM)

Plaintiff,

v. **MEMORANDUM AND ORDER**

Merna J. Sunde,

Defendant.

---

This matter is before the Court on Defendant's Motion for Appointment of Counsel. Defendant was convicted and sentenced in July 2001, and as part of her sentence, the Court ordered Defendant to pay restitution. The Government recently garnished her pension to pay this restitution. Defendant opposes the Government's garnishment of her pension.

Although the restitution obligation is enforced as part of Defendant's criminal sentence, the collection of the garnishment is a civil matter. See 28 U.S.C. §§ 3002(3)(B)), 3205. The Sixth Amendment mandates for the appointment and effective assistance of counsel in criminal proceedings. However, "there is no constitutional or statutory right to effective assistance of counsel in a civil case." Watson v. Moss, 619 F.2d 775, 776 (8th Cir. 1980). The Court, in its discretion, may appoint counsel, "taking into account the factual and legal complexity of the case, the presence or absence of conflicting testimony, and the plaintiff's ability to investigate the facts and present his claim." Davis v. Scott, 94 F.3d 444, 447 (8th Cir. 1996). The issues presented in this garnishment proceeding are straightforward and not complicated.

Moreover, Defendant has demonstrated her ability and capacity to articulate her position as to the Court's garnishment of her pension. Accordingly, Defendant's Motion (Clerk Doc. No. 142) is **DENIED**.

Dated: August 11, 2005

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge