00CR29 PAM/ESS

August 30, 2005

RECEIVED
BY U.S. MAIL

2005 AUG 31 AM 9:09

CLK. U.S. DIST COURT
MINNEAPOLIS, MN

Clerk of Court
United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: Addendum to Objection to the answer of Garnishee.

Gentlemen:

No wonder the United States Attorney objected to my request for appointment of legal council and the court subsequently denied it. They didn't want me to find out they are trying to use the Internal Revenue Code in a non-tax matter to steal my psychiatric disability pension which the court had already ruled on 8-14-2001 is exempt property in this 'restitution' collection issue.

Title 26 U.S.C. Sec. 6334 (a) (6) of the Internal Revenue Code does not apply to the collection of so-called restitution, but only to the collection of taxes from taxpayers. I am not a taxpayer nor do I owe any taxes. Is the U.S.Attorney trying to use restitution as a highly illegal form of taxation?

This also explains why it took the U.S. Attorney four years to think up this scheme to circumvent the original court order of 8-14-2001 that ruled no property can be taken in my case as part of the plea agreement. The U.S. Attorney refers to this matter as a "straightforward point of law" when in fact it does not even apply to my case.

This illegal attempt to garnish my pension property in violation of the original court order is causing me extreme financial hardship and is dangerously damaging my health, therefore it needs to be withdrawn immediately or a hearing scheduled quickly to further discuss this latest illegal act on the part of the U.S. Attorney and to give me the forum offered in the garnishment notice of 7-13-2005 to explain why I do not owe the government any money in the first place!

Rev. Merna J. Sunde-Martin, DD, DRS
Rev. Merna J. Sunde-Martin, DD, DRS

cc: United States Attorney
Financial Litigation Unit

California Public Employees Retirement System
Garnishee

Judge Paul Magnuson
U.S. District Court

SCANNED
AUG 31 2005
U.S. DISTRICT COURT MPLS

From the U.S. Code Online via GPO Access
[wais.access.gpo.gov]
[Laws in effect as of January 2, 2001]
[Document not affected by Public Laws enacted between
January 2, 2001 and January 22, 2002]
[CITE: 26USC6334]

TITLE 26--INTERNAL REVENUE CODE

Subtitle F--Procedure and Administration

CHAPTER 64--COLLECTION

Subchapter D--Seizure of Property for Collection of Taxes

PART II--LEVY

Sec. 6334. Property exempt from levy

(a) Enumeration

There shall be exempt from levy--

(1) Wearing apparel and school books

Such items of wearing apparel and such school books as are necessary for the taxpayer or for members of his family;

(2) Fuel, provisions, furniture, and personal effects

So much of the fuel, provisions, furniture, and personal effects in the taxpayer's household, and of the arms for personal use, livestock, and poultry of the taxpayer, as does not exceed $6,250 in value;

(3) Books and tools of a trade, business, or profession

So many of the books and tools necessary for the trade, business, or profession of the taxpayer as do not exceed in the aggregate $3,125 in value.

(4) Unemployment benefits

Any amount payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico.

(5) Undelivered mail

Mail, addressed to any person, which has not been delivered to the addressee.

(6) Certain **annuity** and **pension payments**

**Annuity** or **pension payments** under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special **pension payments** received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. 1562), and annuities based on retired or retainer pay under

(7) Workmen's compensation

Any amount payable to an individual as workmen's compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico.

(8) Judgments for support of minor children

If the taxpayer is required by judgment of a court of competent jurisdicti[redacted]d prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment.

(9) Minimum exemption for wages, salary, and other income

Any amount payable to or received by an individual as wages or salary for personal services, or as income derived from other sources, during any period, to the extent that the total of such amounts payable to or received by him during such period does not exceed the applicable exempt amount determined under subsection (d).

(10) Certain service-connected disability **payments**

Any amount payable to an individual as a service-connected (within the meaning of section 101(16) of title 38, United States Code) disability benefit under--

(A) subchapter II, III, IV, V,,\1\ or VI of chapter 11 of such title 38, or

---

\1\ So in original.

---

(B) chapter 13, 21, 23, 31, 32, 34, 35, 37, or 39 of such title 38.

(11) Certain public assistance **payments**

Any amount payable to an individual as a recipient of public assistance under--

(A) title IV or title XVI (relating to supplemental security income for the aged, blind, and disabled) of the Social Security Act, or

(B) State or local government public assistance or public welfare programs for which eligibility is determined by a needs or income test.

(12) Assistance under Job Training Partnership Act

Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) from funds appropriated pursuant to such Act.

(13) Residences exempt in small deficiency cases and principal residences and certain business assets exempt in absence of certain approval or jeopardy

(A) Residences in small deficiency cases

If the amount of the levy does not exceed $5,000--

(i) any real property used as a residence by the taxpayer; or

Rev. Merna Sunde
P.O. Box 728
Albert Lea, MN 56007-0728

MANKATO, MN 55001
PM
30 AUG
2005




Clerk of Court
U.S. District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, MN 55415

55415-1320