Cr 00-29(1)

US v. Sunde

RECEIVED
BY MAIL
SEP 07 2005
CLERK US DIST COURT
MINNEAPOLIS MN

September 6, 2005

Clerk of Court
United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: Additional Addendum to Objection To The Answer Of Garnishee.

Gentlemen:

The September 1, 2005 letter from the United States Attorney's Financial Litigation Unit does not change anything. Their garnishment of my pension property is still in violation of the court order of 8-14-2001. (Copy enclosed)

A legal review of 18 U.S.C. 3613 (a) and (f) and it's subsection (a)(1) (Copy enclosed) referring to property exempt from levy for taxes does not apply to me because subsection (f) merely states that "all provisions of this section are 'available' to the United States for the enforcement of an order of restitution", but it does not prohibit the court from ruling differently at it's discretion, which it chose to do in it's order of 8-14-2001.

'Availability' is not a mandate to the court, in fact subsection (f) implies, by using the word 'available', tacit approval for the court to choose to rule my pension property exempt from attachment to comply with the plea agreement, by an absence of an indication otherwise.

As you are well aware, the United States District Court Order of 8-14-2001 ruled NO PROPERTY can be taken to satisfy 'restitution', and a payment plan was established which I have complied with. No means no, there is nothing ambiguous about it nor can you claim any confusion in the wording or meaning of the word NO.

In 2001, my attorney Paul Applebaum advised me not to appeal what he described as "my grossly excessive sentance" because of the protection the court order gave to property, and the reasonable payment plan set by the court. According to Mr. Applebaum, the court order of 8-14-2001 permanently protects any property I own including my pension fund property and that the court order cannot be changed once it is accepted. To do so would negate the entire plea agreement and the United States would then be subject to meeting the burden of proof, which it has never been able to do, as well as the charge of double jeopardy.

**Are you implying the court issued an illegal ruling in 2001?** The court certainly must know the law, including the section of code in question, but chose not to apply it to my case in order to comply with the plea agreement. If you are implying the court order of 8-14-2001 does not mean anything then why am I expected to follow it? Are we dealing with law here, or the shifting sands of a vast desert of lawlessness?

I am expected to comply with the court order of 8-14-2001, which I have done, but by authorizing this garnishment of property, the court itself is actually violating it's own order!

SCANNED
SEP 07 2005
U.S. DISTRICT COURT MPLS

I have a right to expect the court order of 8-14-2001 to remain stabile and not be constantly changing to suit the whims of the U.S. Attorney or the Albert Lea Police Department, whose involvement in this matter is yet to be explained.

We both know that if you had any legal basis for this garnishment in violation of the United States District Court Order of 8-14-2001, you would have acted on it four years ago.

So where does this leave us except back at the beginning. Is it the goal of the United States to put itself back into the position of meeting the burden of proof of events I was not guilty of, and trying me again for the same alleged crime?

If so, then under the Sixth Amendment to the United States Constitution I request the court to appoint counsel for my defense. If not, then the court has a duty to immediately quash the writ of garnishment to comply with it's own order of 8-14-2001.

I am very ill, and struggling to stay alive and functioning, but this constant harrassment by the United States is making it more difficult each day.

Rev. Merna J. Sunde-Martin, DD, DRS

Rev. Merna J. Sunde-Martin, DD, DRS

Enc.

cc: United States Attorney
Financial Litigation Unit

California Public Employees Retirement System
Garnishee

Judge Paul Magnuson
U.S.District Court