```
  CRWRG  540*23 *          SENTENCE MONITORING              *      08-14-2001
PAGE 001        *           COMPUTATION DATA                *      08:51:49
                            AS OF 08-14-2001

[redacted]

FBI NO...........: 822080MB6                DATE OF BIRTH: 05-13-1934
ARS1.............: CRW/A-DES
UNIT.............: CHR CARE                 [redacted]
DETAINERS........: NO                       NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-14-2004 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: MINNESOTA
DOCKET NUMBER...................: 00-29(1) PAM
JUDGE...........................: MAGNUSON
DATE SENTENCED/PROBATION IMPOSED: 07-24-2001
DATE COMMITTED..................: 08-06-2001
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:  $100.00        $00.00          $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $465,161.00
[redacted]
-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 548
OFF/CHG: 18 1956(A)(1)(A)(I)AND2:  MONEY LAUNDERING

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    51 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 CLASS OF OFFENSE...............: CLASS C FELONY
 DATE OF OFFENSE................: 06-22-1998
```

G0002        MORE PAGES TO FOLLOW . . .

**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*www.usdoj.gov/usao/mn*

*(612)664-5600*

September 1, 2005

Merna J. Sunde
P.O. Box 728
Albert Lea, MN 56007

Re: United States v. Merna J. Sunde
Criminal No. 00-29(1) PAM

Dear Ms. Sunde:

I have your August 30, 2005, letter to the Clerk of Court. Although the government cannot give you legal advice, you may wish to review 18 U.S.C. §§ 3613(a) and (f), a copy of which is enclosed. The provisions make the exemptions listed in 26 U.S.C. § 6334(a)(1) through (8), (10) and (12) applicable to enforced collection of restitution.

In addition, you may wish to consult with counsel of your own choosing. If you do not have or cannot afford counsel, you may wish to contact your local bar association or First Call for Help for a referral.

Sincerely,

THOMAS B. HEFFELFINGER
United States Attorney

BY: JESSICA A. SCOTT
Financial Litigation Agent

Enclosure

**Effective: April 24, 1996**

UNITED STATES CODE ANNOTATED
TITLE 18. CRIMES AND CRIMINAL PROCEDURE
**PART II--CRIMINAL PROCEDURE**
**CHAPTER 229--POSTSENTENCE ADMINISTRATION**
SUBCHAPTER B--FINES

**→§ 3613. Civil remedies for satisfaction of an unpaid fine**

**(a) Enforcement.**--The United States may enforce a judgment imposing a fine in accordance with the practices and procedures for the enforcement of a civil judgment under Federal law or State law. Notwithstanding any other Federal law (including section 207 of the Social Security Act), a judgment imposing a fine may be enforced against all property or rights to property of the person fined, except that--

(1) property exempt from levy for taxes pursuant to section 6334(a)(1), (2), (3), (4), (5), (6), (7), (8), (10), and (12) of the Internal Revenue Code of 1986 [redacted] exempt from enforcement of the judgment under Federal law;

(2) section 3014 of chapter 176 of title 28 shall not apply to enforcement under Federal law; and

(3) the provisions of section 303 of the Consumer Credit Protection Act (15 U.S.C. 1673) shall apply to enforcement of the judgment under Federal law or State law.

**(b) Termination of liability.**--The liability to pay a fine shall terminate the later of 20 years from the entry of judgment or 20 years after the release from imprisonment of the person fined, or upon the death of the individual fined.

**(c) Lien.**--A fine imposed pursuant to the provisions of subchapter C of chapter 227 of this title, or an order of restitution made pursuant to sections [FN1] 2248, 2259, 2264, 2327, 3663, 3663A, or 3664 of this title, is a lien in favor of the United States on all property and rights to property of the person fined as if the liability of the person fined were a liability for a tax assessed under the Internal Revenue Code of 1986. The lien arises on the entry of judgment and continues for 20 years or until the liability is satisfied, remitted, set aside, or is terminated under subsection (b).

**(d) Effect of filing notice of lien.**--Upon filing of a notice of lien in the manner in which a notice of tax lien would be filed under section 6323(f)(1) and (2) of the Internal Revenue Code of 1986, the lien shall be valid against any purchaser, holder of a security interest, mechanic's lienor or judgment lien creditor, except with respect to properties or transactions specified in subsection (b), (c), or (d) of section 6323 of the Internal Revenue Code of 1986 for which a notice of tax lien properly filed on the same date would not be valid. The notice of lien shall be considered a notice of lien for taxes payable to the United States for the purpose of any State or local law providing for the filing of a notice of a tax lien. A notice of lien that is registered, recorded, docketed, or indexed in accordance with the rules and requirements relating to judgments of the courts of the State where the notice of lien is registered, recorded, docketed, or indexed shall be considered for all purposes as the filing prescribed by this section. The provisions of section 3201(e) of chapter 176 of title 28 shall apply to liens filed as prescribed by this section.

**(e) Discharge of debt inapplicable.**--No discharge of debts in a proceeding pursuant to any chapter of title 11, United States Code, shall discharge liability to pay a fine pursuant to this section, and a lien filed as prescribed by this section shall not be voided in a bankruptcy proceeding.

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**(f) Applicability to order of restitution.**--In accordance with section 3664(m)(1)(A) of this title, all provisions of this section are available to the United States for the enforcement of an order of restitution.

[FN1] So in original. Probably should be "section".

Current through P.L. 109-57 approved 08-02-05

Copr. © 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.