UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-29 PAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **CERTIFICATE OF COMPLIANCE** |
| v. | ) | |
| MERNA JEAN SUNDE, Defendant. | ) | |

The undersigned attorney for the United States certifies this memorandum complies with the type-volume limitation of D. Minn. LR 7.1(c) and the type size limitation of D. Minn. LR 7.1(e). The memorandum has 390 words of type, font size 13. The memorandum was prepared using WordPerfect 12, which includes all text, including headings, footnotes and quotations in the word count.

Dated: October 27, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/ M. Trippler
BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 U.s. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600