UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-29(1) PAM

UNITED STATES OF AMERICA, Plaintiff,

v.

MERNA JEAN SUNDE, Defendant.

**DECLARATION OF JESSICA SCOTT**

Jessica Scott, Financial Litigation Agent, makes the following declaration in support of Plaintiff United States' Response to Defendant's Objections to Garnishment.

1. I am a Financial Litigation Agent in the United States Attorney's Office and am one of the agents responsible for collection of this debt arising from criminal monetary penalties. I make this Declaration from my own knowledge and based upon review of the collection file in the above-entitled matter. If called to testify, I would state the following:

2. Prior to proceeding with garnishment of the defendant's monthly pension payments, I consulted with defendant's Probation Officer, Randy W. Nikula, who concurred with the plan to proceed with the garnishment at issue.

3. Attached hereto as Exhibit A is a true and correct copy of the Judgment and Commitment Order dated July 24, 2001.

4. Attached hereto as Exhibit B is a true and correct copy of the Order Amending Judgment dated October 29, 2001.

5. Attached hereto as Exhibit C is a true and correct copy of the Order of Clarification of Judgments date June 3, 2002.

6. Attached hereto as Exhibit D is a true and correct copy of the defendant's payment history.

7. Attached hereto as Exhibit E is a true and correct copy of the demand letter dated June 10, 2004.

8. Attached hereto as Exhibit F is a true and correct copy of the Writ of Continuing Garnishment dated April 22, 2005.

9. Attached hereto as Exhibit G is a true and correct copy of the Answer of the Garnishee.

10. Attached hereto as Exhibit H is a true and correct copy of the defendant's Objections to the Answer of Garnishee dated July 20, 2005.

11. Attached hereto as Exhibit I is a true and correct copy of the defendant's letter requesting counsel dated July 20, 2005.

12. Attached hereto as Exhibit J is a true and correct copy of the Memorandum and Order dated August 11, 2005.

13. Attached hereto as Exhibit K is a true and correct copy of the defendant's Addendum to Objection to the Answer of Garnishee dated August 30, 2005.

14. Attached hereto as Exhibit L is a true and correct copy of the defendant's Additional Addendum to Objection to the Answer of Garnishee dated September 6, 2005.

15. Attached hereto as Exhibit M is a true and correct copy of the Plea Agreement dated October 16, 2000.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 28, 2005 _s/ Jessica Scott_________

BY: JESSICA SCOTT
Financial Litigation Agent