UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-29 PAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MERNA JEAN SUNDE,<br><br>Defendant. | **EXHIBIT LIST A-M** |

Exhibit A - Judgement and Commitment Order dated July 24, 2001.

Exhibit B - Order Amending Judgment dated October 29, 2001.

Exhibit C - Order of Clarification of Judgments dated June 3, 2002.

Exhibit D - Defendant's Payment History.

Exhibit E - Demand Letter dated June 10, 2004.

Exhibit F - Writ of Continuing Garnishment dated April 22, 2005.

Exhibit G - Answer of the Garnishee.

Exhibit H - Defendant's Objection to the Answer of Garnishee dated July 20, 2005.

Exhibit I - Defendant's letter requesting counsel dated July 20, 2005.

Exhibit J - Memorandum and Order dated August 11, 2005.

Exhibit K - Defendant's Addendum to Objection to the Answer of Garnishee dated August 30, 2005.

Exhibit L - Defendant's Additional Addendum to Objection to the Answer of Garnishee dated September 6, 2005.

Exhibit M - Plea Agreement dated October 16, 2000.

THOMAS B. HEFFELFINGER
United States Attorney

s/ M. Trippler
BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600