A true copy in 1 sheet (s)
of the record in my custody,
CERTIFIED, 10-29 2001
Richard D. Sletten, Clerk
BY: Donna L Raun
Deputy Clerk

**UNITED STATES OF AMERICA**
**DISTRICT OF MINNESOTA**
Criminal 00-29(1) PAM

UNITED STATES OF AMERICA,

Plaintiff,

v.

Merna Jean Sunde,

Defendant.

**ORDER AMENDING JUDGMENT**

---

**IT IS HEREBY ORDERED** that the Sentencing Judgment filed in this case , dated July 24, 2001 is amended as to the restitution portion .The restitution the defendant was ordered to pay in the amount of $465,161.00 is owed **joint and severally with co-defendant** Scott Taylor.

All other terms, conditions and recommendations of the Sentencing Judgment remain in effect.

Date: October 29, 2001

Paul A. Magnuson, Judge
United States District Court

GOVERNMENT EXHIBIT B

FILED OCT 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______