PAYMENT HISTORY REPORT



RUN DATE: 19-OCT-2005

FOR: 2001Z00378/001

DEBTOR: Sunde, Merna
COURT NUMBER: 00-29(1) PAM
CURRENT LIABILITY BALANCE: $0.00

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | 8 | 05-SEP-2002 | OT/J | BOP | | | | $25.00 | 05-NOV-2002 |
| 0003 | PMNT | 8 | 04-DEC-2002 | OT/A | BOP | | | | $25.00 | 21-JAN-2003 |
| 0004 | PMNT | 8 | 05-MAR-2003 | OT/A | M. SUNDE | | BOP | | $25.00 | 21-APR-2003 |
| 0005 | PMNT | 8 | 05-JUN-2003 | DJ/J | bop | | | | $25.00 | 10-JUL-2003 |

Total Payments for Debtor: $100.00

GOVERNMENT EXHIBIT D

PAYMENT HISTORY REPORT

RUN DATE: 19-OCT-2005 FOR: 2001Z00378/002 Report: CZ_QRYG

PAGE: 1 OF 2

DEBTOR: Sunde, Merna

COURT NUMBER: 00-29(1) PAM PRIORITY CODE: 02

CURRENT LIABILITY BALANCE: $436,636.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | 6B | 18-JUN-2002 | OT/A | M. SUNDE | | 700 423704 | | $26,900.00 | 19-JUN-2002 |
| 0003 | PMNT | 6B | 03-SEP-2003 | CL/A | M. SUNDE - BOP | | BOP | | $25.00 | 17-OCT-2003 |
| 0005 | PMNT | 6B | 07-JUL-2004 | CL/A | Merna | | 400275225 | | $100.00 | 07-JUL-2004 |
| 0006 | PMNT | 6B | 04-AUG-2004 | CL/A | Merna | | 400275877 | | $100.00 | 04-AUG-2004 |
| 0007 | PMNT | 6B | 07-SEP-2004 | CL/A | Merna | | 700432605 | | $100.00 | 07-SEP-2004 |
| 0008 | PMNT | 6B | 04-OCT-2004 | CL/A | Merna | | 400276986 | | $100.00 | 04-OCT-2004 |
| 0009 | PMNT | 6B | 04-NOV-2004 | CL/A | Merna | | 400277654 | | $100.00 | 04-NOV-2004 |
| 0010 | PMNT | 6B | 06-DEC-2004 | CL/A | Merna | | 400278048 | | $100.00 | 13-DEC-2004 |
| 0012 | PMNT | 6B | 05-JAN-2005 | CL/A | Merna | | 400278465 | | $100.00 | 05-JAN-2005 |
| 0013 | PMNT | 6B | 01-FEB-2005 | CL/A | Merna | | 400279920 | | $100.00 | 02-FEB-2005 |
| 0014 | PMNT | 6B | 07-MAR-2005 | CL/A | Merna | | 400280969 | | $100.00 | 07-MAR-2005 |
| 0015 | PMNT | 6B | 04-APR-2005 | CL/A | Merna | | 400281484 | | $100.00 | 05-APR-2005 |
| 0016 | PMNT | 6B | 09-MAY-2005 | CL/A | Merna | | 400283416 | | $100.00 | 10-MAY-2005 |
| 0017 | PMNT | 6B | 06-JUN-2005 | CL/A | Merna | | 400284194 | | $100.00 | 07-JUN-2005 |
| 0018 | PMNT | 6B | 06-JUL-2005 | CL/A | Merna | | 284777 | | $100.00 | 12-JUL-2005 |
| 0019 | PMNT | 6B | 23-AUG-2005 | CL/A | Merna | | 296560 | | $100.00 | 24-AUG-2005 |
| 0020 | PMNT | 6B | 12-SEP-2005 | CL/A | Merna | | 286939 | | $100.00 | 13-SEP-2005 |
| 0021 | PMNT | 6B | 04-OCT-2005 | CL/A | Merna | | 287361 | | $100.00 | 05-OCT-2005 |

Total Payments for Debtor: $28,525.00