U.S. Department of Justice

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*www.usdoj.gov/usao/mn*

*(612)664-5600*

June 10, 2004

Merna Jean Sunde
[redacted]
Albert Lea, MN 56007

Re: United States v. Merna Jean Sunde
Criminal No. 00-29(1) PAM

Dear Ms. Sunde:

On July 24, 2001, you were sentenced by Judge Magnuson, to pay a special assessment in the amount of $100.00, and restitution in the amount of $465,161.00 . To secure the government's interest in your payment of this debt, we have created liens against all your real and personal property that you now owns or will acquire in the future, in accordance with the Federal Debt Collection Procedures Act, 28 U.S.C. §§3201 et seq. These liens will not be released until you have paid the judgement debt in full.

Pursuant to Rule 69, Fed. R. Civ. P., Rules 33.01(a) and 34, Minnesota Rules of Court, and 18 U.S.C. §3613, enclosed and served on you by U.S. Mail are Interrogatories and Requests for Production of Documents and Statements. Responses must be served on this office within 30 days from the date of service.

You can avoid disclosing the requested information and documents by making payment in full of the judgment debt. If you choose to pay in full at this time, please send a cashier's check or money order, payable to the Clerk of Court, for $438,236.00, to 300 South Fourth Street, Room 202, Minneapolis, MN 55415. This amount should be received by the time the responses to the attached Interrogatories and Requests for Production of Documents are due.

Please be aware that if you fail to provide the information requested in the attached pleadings, we will move to compel you to do so by taking further Court action against you. If you fail to repay the judgment debt, we will pursue collection by

GOVERNMENT EXHIBIT
E

garnishment of your wages, execution on real and personal property or other means allowed by law.

If you have any questions, please call me at (612) 664-5600 or write me at the address listed above.

Sincerely,

THOMAS B. HEFFELFINGER
United States Attorney

BY: JESSICA A. SCOTT
Financial Litigation Agent

Enclosures

cc: Randy Nikula, Probation Officer