RECEIVED
BY MAIL
AUG 01 2005
CLERK US DIST COURT
MINNEAPOLIS MN

July 20, 2005

Clerk of Court
United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:Objection to the Answer of Garnishee. CR 00-29 (1) PAM

Gentlemen:

I object to the garnishee's response because the property the State of California is holding is my psychiatric disability pension fund, payable to me in monthly installments, and is exempt because the court order of 8-14-2001 said NO PROPERTY can be taken to satisfy the restitution. The court also ordered payments of not less than $100.00 per month to be made over a period of three years commencing 30 days after release from confinement, which I have complied with. This garnishment is a violation of that court order.

Also, my attorney Paul Applebaum told me the prosecution had agreed that if I signed the plea agreement they would not attach my disability pension money, that they would accept the payment plan ordered by the court as stated above.

Without my pension money I cannot pay for my many medications and other costs of my court ordered psychiatric treatment, and still cover the cost of my minimum needs of food, clothing and shelter, all basic human rights that would be denied by this garnishment, and without which my life would be endangered.

Rev. Merna J. Sunde-Martin, DD, DRS
Rev. Merna J. Sunde-Martin, DD,DRS

cc: United States Attorney
Financial Litigation Unit

California Public Employees Retirement System
Garnishee

GOVERNMENT EXHIBIT H

SCANNED
AUG - 1 2005
U.S. DISTRICT COURT MPLS

CR 00-29(1) PAM

RECEIVED
BY MAIL
AUG 01 2005
CLERK US DIST COURT
MINNEAPOLIS MN

CLAIM FOR EXEMPTIONS
PURSUANT TO 18 U.S.C. §3613

I claim the exemption(s) checked below:

✓ 1. Wearing apparel and school books. 26 U.S.C. §6334(a)(1).

✓ 2. Fuel provisions, furniture, and personal effects up to $1,650. 26 U.S.C. §6334(a)(2).

✓ 3. Books and tools of a trade, business or profession up to $1,100. 26 U.S.C. §6334(a)(3).

____ 4. Unemployment benefits. 26 U.S.C. §6334(a)(4).

✓ 5. Undelivered mail. 26 U.S.C. §6334(a)(5).

✓ 6. Certain annuity and pension payments. 26 U.S.C. §6334(a)(6).
Exempt property per court order of 8-14-2001

____ 7. Workmen's compensation. 26 U.S.C. §6334(a)(7).

____ 8. Judgments for support of minor children. 26 §6334(a)(8).

____ 9. Certain service-connected disability payments. 26 §6334(a)(10).

____ 10. Assistance under Job Training Partnership Act. 26 U.S.C. §6334(a)(12).

Exemptions listed above may not be applicable in child support and alimony cases (42 U.S.C. § 659).

I declare under penalty of perjury that the foregoing claim for exemption is true and correct. Executed on July 20, 2005

Signature Rev. Merna J. Sunde-Martin, DD, DRS

Printed Name Rev. Merna J. Sunde-Martin, DD,DRS

(✓) Judgment Debtor

( ) ________ of Judgment Debtor Organization
(Title)

SCANNED
AUG - 1 2005
U.S. DISTRICT COURT MPLS

RECEIVED
BY MAIL
AUG 01 2005
CLERK US DIST COURT
MINNEAPOLIS MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-29(1) PAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MERNA JEAN SUNDE,<br><br>Defendant,<br><br>CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM,<br><br>Garnishee. | CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT |

You are hereby notified that your pension benefits are being garnished by the United States of America, which obtained a judgment on July 24, 2001, in the sum of $465,261.00 as a result of criminal monetary impositions. As of March 21, 2005, a balance of $437,336.00 in principal and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due remained outstanding on this debt.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you, Merna Jean Sunde, can show that the exemptions apply. Enclosed is a summary of the federal exemptions which apply in most situations.

If you are Merna Jean Sunde, you have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one of the enclosed exemptions

SCANNED
AUG - 1 2005
U.S. DISTRICT COURT MPLS

or if you think you do not owe the money to the United States Government that it says you do.

If you want a hearing, you must notify the court within 20 days after you receive this notice. You must make your request in writing and either mail it or deliver it in person to the Clerk of the United States District Court at 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. If you wish, you may use this notice to request the hearing by checking the box below and mailing this notice to the Clerk of the United States District Court in Minneapolis, Minnesota. You must also send a copy of your request to the Government, through the United States Attorney, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, so the Government will know you want a hearing. The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt or why you think you do not owe the money to the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request

in writing, and either mail it or deliver it in person to the Clerk of the United States District Court at 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. You must also send a copy of your request to the Government, through the United States Attorney, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer of your choosing or an office of public legal assistance. The Clerk of Court is not permitted to give legal advice.

Dated:

RICHARD SLETTEN
CLERK, UNITED STATES DISTRICT COURT

BY: Mary Kay [signature]
Deputy Clerk

✓ Check here if you believe the Government has taken exempt property under this process, and you now want a court hearing to prove your claim. Before checking this line, review this notice carefully.

✓ Check here if you believe you do not owe the Government the debt stated in this notice, and you now want a court hearing to prove your claim. Before checking this line, review this notice carefully.

*Note, you do not need a hearing to get this proceeding transferred to the Federal District in which you reside. Review this notice carefully.