RECEIVED
BY MAIL

AUG 01 2005

CLERK US DIST COURT
MINNEAPOLIS MN

July 20,2005

Clerk of Court
United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, MN 55415

CR 00-29(1) PAM

Gentlemen:

This letter is a formal request to the court to appoint counsel to represent me at the hearing to determine the exemption of my psychiatric disability pension.

Due to my mental disability I do not feel I can represent myself properly, and because of my financial condition I cannot afford private counsel.

I am making the court ordered payments and the income I am reporting each month is accurate. I have no other money.

Thank you for your consideration.

Rev. Merna J. Sunde-Martin, DD,DRS

Rev. Merna J. Sunde-Martin, DD,DRS
[redacted]
Albert Lea, MN 56007

cc: Judge Paul Magnuson
U.S. District Court

SCANNED
AUG - 1 2005
U.S. DISTRICT COURT MPLS

GOVERNMENT EXHIBIT
I

CR 00-29(1) PAM

RECEIVED
BY MAIL
AUG 01 2005
CLERK US DIST COURT
MINNEAPOLIS MN

## CLAIM FOR EXEMPTIONS
## PURSUANT TO 18 U.S.C. §3613

I claim the exemption(s) checked below:

__✓__ 1. Wearing apparel and school books. 26 U.S.C. §6334(a)(1).

__✓__ 2. Fuel provisions, furniture, and personal effects up to $1,650. 26 U.S.C. §6334(a)(2).

__✓__ 3. Books and tools of a trade, business or profession up to $1,100. 26 U.S.C. §6334(a)(3).

_____ 4. Unemployment benefits. 26 U.S.C. §6334(a)(4).

__✓__ 5. Undelivered mail. 26 U.S.C. §6334(a)(5).

__✓__ 6. Certain annuity and pension payments. 26 U.S.C. §6334(a)(6).
Exempt property per court order of 8-14-2001

_____ 7. Workmen's compensation. 26 U.S.C. §6334(a)(7).

_____ 8. Judgments for support of minor children. 26 §6334(a)(8).

_____ 9. Certain service-connected disability payments. 26 §6334(a)(10).

_____ 10. Assistance under Job Training Partnership Act. 26 U.S.C. §6334(a)(12).

Exemptions listed above may not be applicable in child support and alimony cases (42 U.S.C. § 659).

I declare under penalty of perjury that the foregoing claim for exemption is true and correct. Executed on July 20, 2005

Signature Rev. Merna J. Sunde-Martin, DD, DRS

Printed Name Rev. Merna J. Sunde-Martin, DD,DRS

(✓) Judgment Debtor

( )_________ of Judgment Debtor Organization
(Title)

SCANNED
AUG - 1 2005
U.S. DISTRICT COURT MPLS