UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-29 PAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MERNA JEAN SUNDE,<br><br>Defendant,<br><br>CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM,<br><br>Garnishee. | **GARNISHMENT ORDER** |

This matter is before the Court pursuant to defendant's objections to garnishment of her California Public Employees Retirement pension. Defendant appears pro se; Mary Trippler, Assistant U.S. Attorney, appears for plaintiff.

Plaintiff United States has served and file its response to defendant's garnishment objections. In order to allow the Court to fully consider the matter,

IT IS HEREBY ORDERED that:

1. Defendant shall serve and file any responsive pleading by November 18, 2005, and

2. Defendant shall notify the Court by November 18, 2005, if she wishes to have a hearing on her objections.

Otherwise the Court will consider the objections as fully submitted on the briefs as of November 18, 2005.

Dated: October 31, 2005

s/Paul A. Magnuson
Paul A. Magnuson
United States Court Judge