November 15, 2005

Clerk of Court
U.S. District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, MN 55415

CR 00-29 PAM

RECEIVED
05 NOV 18 AM 9: 14
CLERK US DISTRICT COURT
MINNEAPOLIS

Gentlemen:

I requested a hearing regarding the garnishment of my psychiatric disability pension four months ago, but nothing happened.

Now, again, I request a hearing on this matter and I also request that attorney Paul Applebaum be subpoenaed as a material witness since he handled the plea agreement with the United States which was recorded by the court and shown to me by my attorney and also was on the BOP document dated 8-14-2001.

Mr. Applebaum's testimony is necessary to corroborate the facts upon which my objections are based, since he handled the negotiations and agreements with the United States prosecutor and the court, and was my only source of the information upon which my decision was based. He assured me of the validity of these agreements to get me to sign the plea document which I was too ill to read or understand because I was mentally dysfunctional at the time and incapable of knowingly and intelligently entering into a plea agreement on 10-16-2000.

Mr. Applebaum filed a sworn affidavit verifying this with the court on 10-13-2000. (See Exhibit # 1)

**Under Section 3583 (e) (1) pg. 458 of the federal criminal code I am also requesting the court to terminate my term of supervised release in the interest of justice. I am seventy five years old and due to my serious economic and health problems I do not expect to live very long.**

If I cannot pay for my many medications and other costs of my court ordered medical treatment, and cannot cover the cost of my minimum basic needs, all basic human rights, it will quickly shorten my life and then there will be no pension money to take. (See Exhibit #2)

True justice isn't only about guilt or innocence, it's also about fairness and compassion.

All of Mary Trippler's statements and arguments are patently false and totally without merit. If the court did not issue the ruling or decision prohibiting the taking of property, then where did it come from? It didn't just appear out of nowhere and place itself on the court record!

SCANNED
NOV 21 2005
U.S. DISTRICT COURT MPLS

The "Property: No" directive had to be placed on the record as the result of some kind of court action, whether you call it a court order, or court decision, or court directive, or whatever title you apply to it. It obviously was placed there to clarify the court's original meaning and intent as far as the collection of 'restitution' is concerned, based on the agreement between my attorney Paul Applebaum and the United States which was made prior to signing the plea agreement.

Since my attorney is an officer of the court, I must assume he was telling me the truth about the details of the agreement made regarding the conditions of the plea. Even though it wasn't covered in the plea document itself, it was part of the sentencing document which outlined a payment plan only with no provision for taking property. That is why no attempt was made to do so for four years!

Obviously the BOP form itself is not a court order, but the information on it was taken from the court record and in Ms. Trippler's own words on page five of her statement she refers to the "Property: No" provision as a reference to"the type of restitution ordered by the court"! Therefore, she aknowledges the court ordered provision that No Property can be taken. (See Exhibit #3)

Ms. Trippler says that hardship is not a factor in garnishing my pension, but 5E 1.1 (f) of the federal criminal code states that the court can modify a restitution order to nominal periodic payments if the economic circumstances of the defendent do not allow for the payment of the full amount of restitution, which applies in my case.

Congress surely did not intend to deny anyone their basic human rights of food, clothing, shelter and medical care for any reason. The stress of ten months of mental and physical torture and terrorist tactics inflicted on me at Sherburne County finally caused me to shatter inside and I became numb to what was happening around me. Having had no psychiatric medical care for more than ten months, I finally agreed to say and do whatever it took to stop the pain. What I said at the sentencing hearing is what I was told to say -- or else!

Ms. Trippler tries to minimize the importance of the "No Property" provision on the court record, but it is obviously there for a reason and is obviously a very important part of the court record or it wouldn't be there as a directive regarding collection.

Ms. Trippler places great emphases on other minute details of my objection to garnishment of my property, but when it comes to that part of the court record that denies the taking of property she sluffs over it and pretends it does not bar garnishment, which it clearly does. If she really believes her statement to be true she wouldn't have waited four years to attempt this 'end run' around the court's original decision which was based on agreements made by my attorney Paul Applebaum; agreements he emphasized in conversation with me to get me to sign the plea document.

In 2000 the U.S. Attorney got by with influencing the court to illegaly apply the $26,900. of stolen church corporation funds to the restitution which the church does not owe, so now they think they can get by with influencing the court to violate the original decision regarding property which is the only thing I agreed to and the reason I did not appeal the sentence. If these agreements had not been made with the United States and relayed to me by my attorney, there would have been no signature on the plea document.

As of 11-15-05 I have paid $1,825. of the 'restitution' order. The $26,900. was not 'paid', it was stolen from the church corporation safe at gunpoint in August 1998 and illegally applied to 'restitution' in June 2002, four years later. That was not my money and must be returned to the church with interest. (See Exhibit #4) You cannot steal someone else's money and apply it to my 'restitution', that is blatantly illegal. There has never been a forfeiture order regarding this money issued by the court. My attorney Paul Applebaum told me the day of the appeal hearing not to worry about our records or the churche's money, that he would get it all back per his agreement with the court, but that never happened.

The current attempt to violate the original court decision regarding property negates the entire plea agreement. The 'clarification of judgement' document issued in 2002 does not change anything because it did not mention any approval of taking property and therefore did not change the original court decision. It only said the court " meant to say" that the entire amount was due and payable immediately. Why this was done is beyond me, because I had no money then nor do I have any now. I can't imagine where they thought it would come from!

The fact is I never personally received any money from the ULC psychic prayer ministry since all of it went to the main office in California. I paid for all advertising and phone bills with my own money which is not a crime.

I also provided the money loaned to Dream Visions out of private funds donated to the church over many years, so there could not possibly be any form of 'money laundering' involved. In United States v. Frigerio-Migiano 254 F. 3d 30 (1st Cir. 2001) the court ruled there can be no money laundering if the defendent believes the money was lawfully obtained, which in my case I believe it was. (See Exhibit #5)

The United States had it all wrong from the beginning and accused the wrong person of actions that could not be proven, but they proceeded anyway to inflict massive constitutional violations and civil rights violations on an innocent person who was physically and mentally disabled.

When I was released from the acute care unit at the Mayo Clinic and taken into custody for having been ill, my attorney Paul Applebaum told me the United States had agreed to place me into either Regions Hospital, Minneapolis or Riverside Hospital, St.Paul, both of which have contracts with the U.S. Marshals Service to hold and treat patients in custody while awaiting trial. This would have complied with the recommendation of the Mayo Clinic doctors which the prosecutor had agreed to follow. (See Exhibit #1).

But again the prosecutor lied, and instead of a hospital with proper medical care they put me into the notorious Sherburne County jail without any of the medical care I desperatly needed. The obvious intention was to drive me over the edge into the breakdown my doctors at Mayo had been trying to avoid. Knowing the doctors at Regions and Riverside would not go along with this horrible plan, the prosecutor secured the aid of Sgt. Val Arnold at Sherburne County to create a hellish environment for me, for as long as it took, to "break me" and get me to sign a plea agreement.

The prosecutor had no intention of rescheduling a trial but I was never asked to waive a trial or to waive input by a jury in the sentencing process as required by the 2000 Supreme Court ruling in Apprendi v. New Jersey. (See Exhibit #6) I believe the United States tried to destroy me by putting me into that hell-hole in Sherburne County without the appropriate medical care my doctors at the Mayo Clinic said was vital to my safety and recovery, and in their letter of 10-2-2000stated that I was in a very delicate and precarious mental balance that needed intensive psychiatric care which was denied to me while in the custody of the United States. I never saw a psychiatrist or any medical doctor. Much of the time I received no medication.

Hunger, thirst, sleep deprivation, sensory deprivation, isolation and terrorist threats on my life were all used on me at Sherburne County. A hot instrument was used to 'shock' me into 'cooperating' with them. I have many scars on my body as a result. This experience left me disoriented and living in fear for my life.

I began having massive nose bleeds from stress and constant blows to my head. I was told that if a confession was not finally forthcoming, it was prearranged that I would "commit suicide". I became disoriented, confused and frightened for my sanity as a result of this terrorism. This treatment violated the United Nations anti-torture treaty, which the United States Senate ratified in 1993.

I was told that if I would 'confess' to just one count that I could go home, that they would be 'lenient' with me and I would get community service or a few months of probation. They said if I didn't 'confess' it would only get harder for me and it was unlikely I would ever see my home or my animals again, that it was a simple matter to record my death as a 'suicide' since I was a psychiatric case. I believed my life was in jeopardy if I didn't confess guilt to at least one count. They refer to this process as 'plea bargaining'!

In United States v. Barandyka, 95F. 3d 840 (1996) the United States Supreme Court ruled that plea agreements, like guilty pleas, are constitutionally valid only if they are voluntary and are entered into knowingly and intelligently with a full understanding by the defendent of what they are bargaining away and cannot contain any unproven statements. In Paul Lewis Hayer v. Fayette County, Kentucky the U.S. Supreme Court ruled that prosecutors must keep their agreements and get them approved by the court prior to the defendent signing the plea agreement documents.

The wording of the plea agreement in my case was fraudulent because all fraud and conspiracy charges were dismissed. The entire plea document was a deliberate deception perpetrated by the United States on a seventy one year old mentally and physically disabled woman who was mentally dysfunctional at the time due to a breakdown. (See Exhibit #1) Later, during Mr. Taylor's trial, the prosecutor told the jury I had pled guilty to multiple counts of fraud which was another blatant lie!

In violation of the Religious Restoration Act of 1994, I was told by the United States that my religious beliefs were not part of a "federally recognized" religion or church, that it was not 'traditional' enough and my church ministry was operating under the "guise" of the First Amendment therefore it was considered by the court to be "criminal activity"! This was a flagrant violation of the First Amendment of the United States Constitution. The Bill of Rights is not open to interpretation or revision by any court. There is no such thing as practicing a religion under the guise of the First Amendment and no court at any level has the authority to remove constitutional protection from any church or religion. What a nightmare of lies and religious persecution!

This whole case is one of the most shameful episodes in the history of the United States! To this day I am haunted by the memory of my own country's betrayal of my deepest held religious beliefs guaranteed to me by the First Amendment to our Constitution.

Ms. Trippler glibly refers to my 'crimes', which in fact have never been proven because they do not exist in reality. She seems totally unaware of the numerous violent crimes committed against both me and Mr. Taylor by the United States.

The federal agents I dealt with seemed to be carrying out personal vendettas against psychics and their religion. The prosecutor wanted to 'get' someone who advertised psychic prayer services and convict them of a felony to frighten others. The crime cartel in Albert Lea handed him the perfect prospects and according to an informed source "a lot of money changed hands" to construct a case against us. The prosecutors believe everyone is guilty of some crime and must be destroyed to protect all of the "vulnerable victims" in society.

Watkins v. United States 354 US.178,200 states it is not permissable for government officials to try any individual in the court of public opinion or expose a defendent to hostility and scorn because of their beliefs, expressions and associations. This was violated by pre-indictment news releases by the prosecutors and statements in court regarding my religious beliefs and church affiliation by both the prosecutors and the court itself.

On December 18, 2003 United States President George W. Bush stated publicly that "people should be free to practice their religion without interference from government", and the Minneapolis Star Tribune on 5-12-2001, page A8, quoted President Bush as saying publicly that "This is a country that will bend over backwards to make sure that every citizens constitutional rights are guaranteed". In our case the United States bent over backwards to violate our constitutional rights!

Fraud cannot exist without intent to defraud, which never existed in my ministry. Practicing sincerely held religious beliefs cannot by the furtherest stretch of the imagination be considered fraud. This of course is why the prosecution had to dismiss the fraud charge.

United States Supreme Court justice Robert Jackson said that "No official, high or petty, can prescribe what shall be orthodox in politics or religion".

The U.S. Supreme Court in United States v. Ruiz NO.1-0595 case below 241 F.3d 1157 (9th Circuit,2001) ruled that a criminal defendent has, before pleading guilty, a constitutional right to obtain from the government exculpatory information which tends to demonstrate the innocence of the accused, including impeachment material which relates to the veracity of one's accusers. That right may not be waived through a plea agreement.
also, in Brady v. Maryland, 373 U.S. 83 (1963) the United States Supreme Court held that prosecutors must disclose to the defendent evidence that is material and favorable to the defense. This was not done, even though nearly all of the people contacted told the prosecutor they had no complaints, were not victims, did not want any 'restitution' and that if necessary would testify for the church and the defendents! These statements are on file in the church records.

The prosecution concealed this favorable evidence from the defense during discovery. They also concealed evidence that both the Post Office and the IRS had on several previous occaisions investigated the religious activities of the defendent and found no evidence of any criminal activity.

During the 1998 raid on the parsonage and church offices, the United States acknowledged that I was not read my Miranda Rights before pointing a gun in my face and telling me I was "under arrest". I was physically restrained for several hours during their search, and ultimately was beaten and injured to force me to reveal where the confidential church records and church money was located, a specific place that was not listed in the search warrant, nor were these specific church properties listed in the warrant as the law requires. My little Sheltie dog, who tried to protect me, was also beaten and killed in the process.

They claim I was not under arrest, yet on pages three and four of the court's 'Statement of Reasons for imposing sentence' the court refers to my being physically abused during my arrest! (See Exhibit #7)
By law searches are limited to certain specific areas in a building. Law enforcement cannot randomly invade a house or office, turn everything upside down and take whatever they want whether it relates to the issue or not. They must by law be disciplined in their approach, but in this case they were not disciplined.

The warrant did not list specific areas to be searched, only an address, so they ransacked the entire building on a 'fishing expedition' yet found no evidence of any crime!

The court responded to my attorney's objection to this flagrant violation of the Fourth Amendment by saying that the United States does not have to bother with the "technical niceties" of the U.S. Constitution, but can do whatever is "practical" to accomplish their purpose! (See Exhibit #8) Constitutional rights aren't just procedural "niceties", they are requirements that apply no matter how guilty a defendent might be. Unless they are followed and respected, the legal system has no credibility.

The affidavit for obtaining the warrant was also false, and David Austrum knew it was false because he knew from Post Office records that Postal Officials have known all about me, my ministry and the church for at least thirty years and had determined on more than one occaision that there is nothing illegal in our religious practices.

I ultimately began to see that this whole thing is a stacked deck and that the so-called due process is just a farce. As a result of these events I believe the court has lost all credibility and has proven that it cannot be trusted. I found myself listening to a lot of rhetoric, with everyone giving lip service to the law and the U.S. Constitution but not functioning within the law. I felt like Alice in Wonderland, suddenly realizing that what my attorney had said is true. In dealing with the United States Justice Department nothing is what it seems to be. I had stepped through the looking glass and into the abyss!

In United States v. Stewart, 234 F. Supp. 94 (1964) the Supreme Court ruled that any government officer who acts in excess of his statutory authority or in violation of the constitution ceases to represent the government of the United States. At that point they become private citizens with no official authority. When the United States Justice Department sets aside the law to suit their purposes, they no longer have rightful authority over the citizens, only the yoke of tyranny.

Rev. Merna Sunde-Martin, DD, DRS

Rev. Merna Sunde-Martin, DD, DRS
Bishop, United Pastoral Church

cc: United States Attorney
Financial Litigation Unit

Judge Paul Magnuson
U.S. District Judge

California Public Employees
Retirement System - Garnishee