UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 00-029(1) (PAM) |
| Plaintiff, | |
| v. | **MEMORANDUM AND ORDER** |
| Merna J. Sunde, | |
| Defendant, | |
| and | |
| California Public Employees Retirement System, | |
| Garnishee. | |

This matter is before the Court on Defendant's Request for Hearing Regarding Garnishment. Pursuant to 28 U.S.C. § 3205, the Court will hold a hearing on Thursday, January 19, 2006, at 9:00 a.m., in Courtroom #2 (7th Floor), 180 East Fifth Street, St. Paul, Minnesota 55101. Defendant's request for the issuance of a subpoena for the testimony of her former attorney, Paul Applebaum, is denied.

Accordingly, based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's request for a hearing (Clerk Doc. No. 152) is **GRANTED**. The hearing is scheduled for Thursday, January 19, 2006, at 9:00 a.m., in Courtroom #2 (7th Floor), 180 East Fifth Street, St. Paul, Minnesota 55101.

2. Defendant's request for the issuance of a subpoena for the testimony of Paul

      Applebaum (Clerk Doc. No. 152) is **DENIED**.

3.    The Clerk of Court is directed to send a copy of this Order to the Garnishee, California Public Employees Retirement System, Third Floor, 400 P Street, Sacramento, California 95817.

Dated: December 1, 2005

                                      s/ Paul A. Magnuson
                                      Paul A. Magnuson
                                      United States District Court Judge