Cr. 00-29 PAM

RECEIVED
BY MAIL
DEC 23 2005
CLERK US DIST COURT
MINNEAPOLIS MN

December 15, 2005

Clerk of Court
U.S. District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Gentlemen:

This is a formal objection to the court's denial of my request to subpoena attorney Paul Applebaum as a material witness at my hearing on 1-19-2006 regarding garnishment of my psychiatric disability pension.

His testimony is extremely important to corroborate my statements regarding the agreements that were made with the United States in October 2000 to obtain my signature on a plea agreement while I was mentally dysfunctional due to the United States denial of necessary and vital medical care while in their custody.

President George W. Bush stated in a television interview on 12-16-2005 that the United States does not torture or terrorize people at home or abroad and embraced Senator John McCain's bill to abolish both of these tactics under any circumstances, yet I was both tortured and terrorized by the United States while in their custody during a major depressive episode in my mental condition.

Just the ten month denial of intensive psychiatric care and adequate medication adjustment that my doctors at the Mayo Clinic told the prosecutor was imperative to my safety and recovery, was in itself torture along with all the other things that were done to me at Sherburne County like the constant lockdown and isolation due to my illness. Their own records prove what I am saying. The constant terrorist tactic of telling me I was in danger of never leaving the facility alive if I did not plead guilty to something was witnessed by many people who were present, and left me so traumatized I broke down mentally. This was only one of their terrorist tactics that violated my medical condition.

Another was sleep deprivation by keeping the lights on twenty four hours a day which their own records confirm as standard procedure and which they cannot deny. A hospital would not have done any of these things to me. Sherburne County Jail was the very worst place for me in my medical condition and the prosecutor knew it but put me there anyway. My doctors at Mayo Clinic had discussed at length my medical needs with the prosecution, but their medical instructions were deliberately ignored in order to inflict these atrocities on me for their evil purposes.

My attorney Paul Applebaum was fully aware of what they were doing to me and according to him their abuse was reported to the court. That is why I asked the court to subpoena him to provide his testimony at my hearing to corroborate my statements, but the court has denied my request.

SCANNED
DEC 23 2005
U.S. DISTRICT COURT MPLS

Obviously the court does not want to deal with the truth in this matter and does not want to explain why my personal journal of these events at Sherburne County along with my attorney's sworn testimony was completely ignored in the sentencing process, which again violated my Mayo Clinic doctor's instructions regarding my medical care in relation to my mental condition.

By law we had the right to argue in court for downward departure of the sentence including the 'restitution' amount, but we were denied that right by the court when the sentence was announced as a final decision without allowing further discussion! My attorney then left the courtroom in anger and frustration and I was left sitting in my wheel chair in a state of shock and confusion over what had happened which was in violation of the plea agreement I had been told was made with the United States.

Why is it that everything I request that would help me to strengthen my position in this matter is denied by the court? The court is supposed to be impartial and open to all available evidence and testimony to determine the facts in this case in order to make an unbiased decision.

Is this an attempt by the court to protect a very prominent and expensive attorney from having to testify under oath at the expense of his client, or is it simply another example of blatant abuse and intimidation of a defendent by the United States?

Paul Applebaum lodged an objection on 5-10-2002 to the government's request to amend my judgement of 7-24-2001 without any evidence to support their assertions. Now, four years later, the government again wants to violate the original judgement in order to take property that was obviously held exempt in the original court judgement, which is the only one I agreed to.

Mr. Applebaum has vital information to offer the court on this whole illegal manipulation of the plea agreement over a five year period. Why isn't his testimony being allowed? Who's in charge here, the U.S. Attorney or the court?

Rev. Merna Sunde-Martin, DD, DRS

Rev. Merna Sunde-Martin, DD, DRS
Bishop, United Pastoral Church

Enc.

CC: California Public Employees
Retirement System - Garnishee

United States Attorney
Financial Litigation Unit

Judge Paul Magnuson
U.S. District Judge