APPLEBAUM LAW FIRM

THE MINNESOTA BUILDING
46 EAST FOURTH STREET, SUITE 1030
ST. PAUL, MN 55101

PAUL APPLEBAUM

TELEPHONE: (651) 222-2999
FACSIMILE: (651) 223-5179

May 10, 2002

The Honorable Paul A. Magnuson
United States District Court Judge
730 U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

RE: U.S.A. v. Merna Jean Sunde
U.S.A. v. Scott Brian Taylor
CR 00-29 (PAM)

Dear Judge Magnuson:

Ms. Sunde objects to the Government's request to amend her Judgment. Nine months after Defendants were sentenced by this Court, the Government raises the issue of the restitution schedule. The Government must have reviewed the Judgment issued by this Court in July 2001 and did not object. The Government had another chance to raise this issue when the Court amended the Judgments on October 29, 2001. Further, contrary to the Government's assertion that Ms. Sunde is dissipating assets, there is nothing improper or illegal about paying off debts while one is awaiting sentencing. Ms. Sunde was not under any obligation to reimburse the victims during the period when the PSR was being prepared. Ms. Sunde does *not* request a hearing on this matter.

Mr. Gray, on behalf of Scott Taylor, lodges an objection as well.

Respectfully submitted,

Paul Applebaum

PA/pkj
cc: Michele E. Jones, AUSA
Bernadette Chesak
Earl P. Gray