Cr# 00-29 PAM

RECEIVED BY MAIL

DEC 23 2005

CLERK US DIST COURT MINNEAPOLIS MN

December 15, 2005

Clerk of Court
United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: Additional Addendum to Objection To The Answer Of Garnishee.

Gentlemen:

The California Public Employees Retirement System responded to the garnishment notice by stating that the non-exempt property they hold for me is $524.78 per month, but that figure is wrong. Title 26 USC Sec. 6334 (a) (6) and 18 USC 3613 (a) & (f)and (a) (1) of the federal code only allow for garnishment of my pension property which is $389.88 each month. They do not authorize garnishment of a Purchasing Power Protection Allowance or Medicare Reimbursement.

The $62.22 PPPA amount and the $72.68 Medicare Reimbursement amount, which is part of my medical health care benefits, are not 'pension property'. Is the State of California going to pay the federal government a purchasing power allowance and reimburse them for Medicarepremiums each month? The concept is ludicrous and is not authorized by Title 26 USC Sec. 6334 (a)(6) or 18 USC 3613 (a)&(f)(a)(1) of the federal code.

The only amount that could be legally garnished is $389.88, less the $100.00 I am currently paying, which of course I would no longer be able to do, leaves a net gain to the United States of $289.88. Taking this from me will deprive me of my minimum basic needs in life and will violate the Human Rights Act.

Rev. Merna J. Sunde-Martin, DD, DRS

Rev. Merna J. Sunde-Martin, DD,DRS

Enc.
cc: United States Attorney
Financial Litigation Unit

California Public Employees
Retirement System - Garnishee

Judge Paul Magnuson
U.S. District Court

SCANNED
DEC 23 2005
U.S. DISTRICT COURT MPLS