# STATE OF CALIFORNIA

DIRECT DEPOSIT NUMBER
P3682187

DIRECT DEPOSIT ADVICE

*The amount printed on the face of this advice was transmitted to an account at bank* 291871352 *from the* PUBLIC EMPLOYEES' RETIREMENT SYSTEM

MERNA SUNDE
PO BOX 728
ALBERT LEA MN 56007

| | DOLLARS | CENTS |
|---|---|---|
| 07 01 2005 | $*****513 | .42 |

**NOT NEGOTIABLE**

XXXXX7877
000106832
PAYEE IDENTIFICATION NUMBER(S)

When changing accounts or financial institutions, notify your retirement system or agency accounting office immediately. Do not close your old account until you have received your first payment in your new account.

**STEVE WESTLY**
CALIFORNIA STATE CONTROLLER

PUBLIC EMPLOYEES' RETIREMENT SYSTEM
P O BOX 942716
SACRAMENTO, CA 94229-2716
(888) CalPERS (225-7377)
FOR DEAF-TDD (916) 795-3240

TO M SUNDE
SSN XXX-XX-7877
ID# XXX-XX-7877:00/01

ISSUE DATE 07/01/2005

| GROSS | DEDUCTIONS | NET |
|---|---|---|
| 524.78 | 11.36 | 513.42 |

| ITEMIZED GROSS | | ITEMIZED DEDUCTIONS | |
|---|---|---|---|
| MONTHLY BENEFIT | 389.88 | DELTAPREMIER | 11.36 |
| | | PERS CARE - SUPPLMT | 0.00 |
| SPECIAL PAYMENTS | | | |
| PPPA | 62.22 | | |
| MEDICARE REIMB | 72.68 | | |
| TOTAL GROSS | 524.78 | TOTAL DEDUCTIONS | 11.36 |
| *ONE-TIME ADJUSTMENT | | *ONE-TIME DEDUCTION | |

------------MEDICARE REIMBURSEMENT IS NOT TAXABLE------------

ARE YOU A CALPERS HEALTH ENROLLEE? DID YOU KNOW THAT REGULATION CHANGES, EFFECTIVE JULY 1, 2005, LIMIT RETROACTIVE REIMBURSEMENT LIABILITY FOR HEALTH BENEFIT PREMIUMS TO SIX MONTHS? FOR MORE INFORMATION, VISIT OUR WEB SITE AT WWW.CALPERS.CA.GOV.