CalPERS
**Member Services Division**
P.O. Box 2056
Sacramento, CA 95812-2056
Telecommunications Device for the Deaf - (916) 795-3240
(916) 795-3551; FAX (916) 795-3389

REPLY TO: SECTION 714
REFER TO: xxx-xx-7877

February 15, 2006

RECEIVED
BY MAIL
FEB 23 2006
CLERK US DIST COURT
MINNEAPOLIS MN

Merna Sunde
PO BOX 728
Albert Lea, MN 56007

CR 00-29 PAM

***Re: U.S. Court Clerk, Writ of Continuing Garnishment***

Dear Mr. Sunde:

The California Public Employees' Retirement System has been served with a Writ of Continuing Garnishment in the amount of $465,161.00 against all property rights you may have in the Retirement Fund.

We have received a copy of the Memorandum and Order dated January 27, 2006 from the United States District Court ordering CalPERS to withhold 25% of your monthly disposable earnings until the amount of $465,161.00 has been paid. This division will be effective as of the next possible monthly payment and will be retroactive to your August 1, 2005 dated warrant. These funds will be sent to the U.S. Court Clerk and the balance of your allowance will be forwarded to you

Your case has been forwarded to our Retirement Adjustment Unit for processing. **Any questions concerning your retirement benefits will need to be directed to CalPERS, Benefit Application Services Division, P.O. Box 942711, Sacramento, CA 94229-2711 or you may call 1-888-CalPERS (225-7377).**

Sincerely,

Theresa L. Esparza
Community Property Unit

Enclosure

CC: U.S. Clerk of Court

SCANNED
MAR 2 2006
U.S. DISTRICT COURT MPLS