PAYMENT HISTORY REPORT

FOR: 2001Z00378/002

DEBTOR: Sunde, Merna
COURT NUMBER: 00-29(1) PAM

PRIORITY CODE: 02

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | 6B | 18-JUN-2002 | OT/A | M. SUNDE | | 700 423704 | | | $26,900.00 | 19-JUN-2002 |
| 0003 | PMNT | 6B | 03-SEP-2003 | CL/A | M. SUNDE - BOP | | BOP | | | $25.00 | 17-OCT-2003 |
| 0005 | PMNT | 6B | 07-JUL-2004 | CL/A | Merna | | 400275225 | | | $100.00 | 07-JUL-2004 |
| 0006 | PMNT | 6B | 04-AUG-2004 | CL/A | Merna | | 400275877 | | | $100.00 | 04-AUG-2004 |
| 0007 | PMNT | 6B | 07-SEP-2004 | CL/A | Merna | | 700432605 | | | $100.00 | 07-SEP-2004 |
| 0008 | PMNT | 6B | 04-OCT-2004 | CL/A | Merna | | 400276986 | | | $100.00 | 04-OCT-2004 |
| 0009 | PMNT | 6B | 04-NOV-2004 | CL/A | Merna | | 400277654 | | | $100.00 | 04-NOV-2004 |
| 0010 | PMNT | 6B | 06-DEC-2004 | CL/A | Merna | | 400278048 | | | $100.00 | 13-DEC-2004 |
| 0012 | PMNT | 6B | 05-JAN-2005 | CL/A | Merna | | 400278465 | | | $100.00 | 05-JAN-2005 |
| 0013 | PMNT | 6B | 01-FEB-2005 | CL/A | Merna | | 400279920 | | | $100.00 | 02-FEB-2005 |
| 0014 | PMNT | 6B | 07-MAR-2005 | CL/A | Merna | | 400280969 | | | $100.00 | 07-MAR-2005 |
| 0015 | PMNT | 6B | 04-APR-2005 | CL/A | Merna | | 400281484 | | | $100.00 | 05-APR-2005 |
| 0016 | PMNT | 6B | 09-MAY-2005 | CL/A | Merna | | 400283416 | | | $100.00 | 10-MAY-2005 |
| 0017 | PMNT | 6B | 06-JUN-2005 | CL/A | Merna | | 400284194 | | | $100.00 | 07-JUN-2005 |
| 0018 | PMNT | 6B | 06-JUL-2005 | CL/A | Merna | | 284777 | | | $100.00 | 12-JUL-2005 |
| 0019 | PMNT | 6B | 23-AUG-2005 | CL/A | Merna | | 296560 | | | $100.00 | 24-AUG-2005 |
| 0020 | PMNT | 6B | 12-SEP-2005 | CL/A | Merna | | 286939 | | | $100.00 | 13-SEP-2005 |
| 0021 | PMNT | 6B | 04-OCT-2005 | CL/A | Merna | | 287361 | | | $100.00 | 05-OCT-2005 |
| 0022 | PMNT | 6B | 17-NOV-2005 | CL/A | Merna | | 438377 | | | $100.00 | 21-NOV-2005 |
| 0023 | PMNT | 6B | 05-DEC-2005 | CL/A | Merna | | 289958 | | | $100.00 | 06-DEC-2005 |
| 0024 | PMNT | 6B | 09-JAN-2006 | CL/A | Sunde | | 290516 | | | $100.00 | 12-JAN-2006 |
| 0025 | PMNT | 6B | 03-APR-2006 | CL/A | Merna | | 4641002467 | | | $112.57 | 10-APR-2006 |
| 0026 | PMNT | 6B | 01-MAY-2006 | GC/H | State of CA | | 4641003254 | | | $114.52 | 03-MAY-2006 |
| 0027 | PMNT | 6B | 02-JUN-2006 | CL/A | Merna | | 4641004142 | | | $1,003.18 | 05-JUN-2006 |
| 0028 | PMNT | 6B | 03-JUL-2006 | GC/H | State of California | | 5076 | | | $114.52 | 06-JUL-2006 |
| 0029 | PMNT | 6B | 01-AUG-2006 | GC/H | CALPERS | | 4641005777 | | | $114.52 | 02-AUG-2006 |
| 0030 | PMNT | 6B | 05-SEP-2006 | GC/H | St of CA | | 4641006604 | | | $114.52 | 06-SEP-2006 |
| 0031 | PMNT | 6B | 02-OCT-2006 | GC/H | State of CA | | 4641007314 | | | $114.52 | 03-OCT-2006 |
| 0032 | PMNT | 6B | 03-NOV-2006 | GC/H | State of CA | | 4641008170 | | | $114.52 | 07-NOV-2006 |
| 0033 | PMNT | 6B | 04-DEC-2006 | GC/H | State of CA | | 4641008878 | | | $114.52 | 05-DEC-2006 |
| 0034 | PMNT | 6B | 03-JAN-2007 | CL/A | State of CA | | 4641009588 | | | $115.99 | 04-JAN-2007 |

PAYMENT HISTORY REPORT

FOR: 2001Z00378/002

DEBTOR: Sunde, Merna
COURT NUMBER: 00-29(1) PAM

PRIORITY CODE: 02

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0035 | PMNT | 6B | 05-FEB-2007 | GC/H | State of CA | | 10688 | | | $115.99 | 06-FEB-2007 |