UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-29(1) PAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MERNA SUNDE,<br><br>Defendant,<br><br>CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM,<br><br>Garnishee. | NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT |

TO: Merna Sunde, the judgment debtor, and
California Public Employees Retirement System, Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of defendant, Merna Sunde.

A Writ of Garnishment was duly issued by the Court and was personally served on the garnishee and on the judgment debtor on or about July 13, 2005. Pursuant to the Writ of Garnishment, the garnishee filed an Answer of Garnishee on or about July 11, 2005. As of the date of service, the garnishee had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of pension benefits.

Pursuant to the Writ of Garnishment, the garnishee has withheld the sums reflected on the attached payment history.

Dated: February 25, 2008

Respectfully submitted,

FRANK J. MAGILL, JR.
Acting United States Attorney

s/ M. Trippler
BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600