# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

**Report Level:** MN

**For Report Parameters:** 2001B19797 , 001 , 947834

**PAYMENTS**

| **CDCS NBR** | **Name** | **Collect Type** | **Court Nbr** | **Priority Code** | **Scheduled Payment Amount** | **Scheduled Payment Date** |
|---|---|---|---|---|---|---|
| 2001B19797/001 | Sunde, Merna | 6B | 00-29(1) PAM | 02 | | |

| **Seq Finance** | **Finance Code** | **Received Date** | **Payment Form** | **Received By Usao** | **Received From** | **Deposit Nbr** | **Check Nbr** | **Bop Deposit Nbr** | **Payment Date** | **Payment Amount** |
|---|---|---|---|---|---|---|---|---|---|---|
| 0025 | PMNT | 04/03/2006 | CL | A | Merna | | 4641002467 | | 04/10/2006 | $112.57 |
| 0026 | PMNT | 05/01/2006 | GC | H | State of CA | | 4641003254 | | 05/03/2006 | $114.52 |
| 0027 | PMNT | 06/02/2006 | CL | A | Merna | | 4641004142 | | 06/05/2006 | $1,003.18 |
| 0028 | PMNT | 07/03/2006 | GC | H | State of California | | 5076 | | 07/06/2006 | $114.52 |
| 0029 | PMNT | 08/01/2006 | GC | H | CALPERS | | 4641005777 | | 08/02/2006 | $114.52 |
| 0030 | PMNT | 09/05/2006 | GC | H | St of CA | | 4641006604 | | 09/06/2006 | $114.52 |
| 0031 | PMNT | 10/02/2006 | GC | H | State of CA | | 4641007314 | | 10/03/2006 | $114.52 |

# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

**Report Level:** MN

**For Report Parameters:** 2001B19797 , 001 , 947834

| CDCS NBR | | Name | | Collect Type | | Court Nbr | | Priority Code | | Scheduled Payment Amount | Scheduled Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2001B19797/001 | | Sunde, Merna | | 6B | | 00-29(1) PAM | | 02 | | |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0032 | PMNT | 11/03/2006 | GC | H | State of CA | | 4641008170 | | 11/07/2006 | $114.52 |
| 0033 | PMNT | 12/04/2006 | GC | H | State of CA | | 4641008878 | | 12/05/2006 | $114.52 |
| 0034 | PMNT | 01/03/2007 | CL | A | State of CA | | 4641009588 | | 01/04/2007 | $115.99 |
| 0035 | PMNT | 02/05/2007 | GC | H | State of CA | | 10688 | | 02/06/2007 | $115.99 |
| 0036 | PMNT | 03/02/2007 | GC | H | State of California | | 4641011348 | | 03/07/2007 | $115.99 |
| 0037 | PMNT | 04/02/2007 | GC | H | State of CA | | 4641012107 | | 04/03/2007 | $115.99 |
| 0038 | PMNT | 05/01/2007 | GC | H | State of CA | | 4641012812 | | 05/03/2007 | $117.98 |
| 0039 | PMNT | 06/04/2007 | GC | H | State of CA | | 4641013624 | | 06/05/2007 | $117.98 |
| 0040 | PMNT | 07/02/2007 | GC | H | State of CA | | 4641014426 | | 07/03/2007 | $117.98 |
| 0041 | PMNT | 08/03/2007 | GC | H | State of CA | | 4641015197 | | 08/06/2007 | $117.98 |
| 0042 | PMNT | 09/04/2007 | GC | H | State of CA | | 4641015859 | | 09/05/2007 | $117.98 |
| 000044 | PMNT | 10/03/2007 | GC | H | State of CA | | 4641016611 | | 10/09/2007 | $117.98 |
| 000045 | PMNT | 11/02/2007 | GC | H | State of CA | | 4641017356 | | 11/07/2007 | $117.98 |
| 000046 | PMNT | 12/03/2007 | GC | H | State of CA | | 4641018038 | | 12/04/2007 | $117.98 |
| 000047 | PMNT | 01/02/2008 | GC | H | State of CA | | 4641018646 | | 01/03/2008 | $119.08 |
| 000048 | PMNT | 02/04/2008 | GC | H | State of CA | | 4641019378 | | 02/05/2008 | $119.08 |