CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MERNA SUNDE,<br><br>Defendant. | ) | Criminal No. 00-29(1) PAM |

I hereby certify that on _February 28, 2008_, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Merna Sunde
XXXX
Albert Lea, MN 56007

California Public Employees Retirement System
Suite 3340
400 P Street
Sacramento, CA 95814

__s/ Jessica Scott___________